NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00327-GMN-EJY |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| CATARINO CHAVEZ-GONZALEZ, aka "Catarino Chavez," | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about October 29, 2020, a Complaint was filed with the Court, charging Mr. Chavez-Gonzalez with violation of 8 U.S.C. § 1326(a), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00947-NJK.

2. Mr. Chavez-Gonzalez made an initial appearance before the Court on or about November 2, 2020, and was ordered detained, pending trial. *Id*. at ECF Nos. 6, 15. Mr. Chavez-Gonzalez remains detained by the U.S. Marshals Service.

3. Mr. Chavez-Gonzalez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for December 30, 2020. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 7th day of December, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*//s//*
_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00327-GMN-EJY |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| CATARINO CHAVEZ-GONZALEZ, aka "Catarino Chavez," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Catarino Chavez-Gonzalez,* is unsealed.

**DATED** this 8th day of December, 2020.

By the Court:

_____
Honorable Elayna J. Youchah
United States Magistrate Judge