RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Catarino Chavez-Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CATARINO CHAVEZ-GONZALEZ,<br><br>    Defendant. | Case No. 2:20-cr-00327-GMN-EJY<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT/PLEA HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Catarino Chavez-Gonzalez, that the Arraignment/Plea Hearing currently scheduled on December 30, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

    This Stipulation is entered into for the following reasons:

    1.    Counsel needs additional time to confer with the defendant regarding the Change of Plea and Sentencing hearings and gather any available mitigation evidence for the Court's consideration.

2. As noted in the plea agreement, Government and defense counsel would like to conduct the Change of Plea and Sentencing hearings on the same date.

3. Probation Office needs additional time to complete the report.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the Arraignment/Plea hearing.

DATED this 17th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brandon C. Jaroch<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>CATARINO CHAVEZ-GONZALEZ,<br><br>   Defendant. | Case No. 2:20-cr-00327-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Arraignment/Plea hearing currently scheduled for Wednesday, December 30, 2020, at 12:00 p.m., be vacated and continued to February 17, 2021, at the hour of 12:00 p.m. in Courtroom 7D.

DATED this 18 day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE